ORDERED.

Dated:  August 27, 2019

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                                              Case No.: 9:19-bk-01656-FMD

                                                                         Chapter 7

Maria A Gonzalez,

              Debtor.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

     THIS CASE came on for consideration. upon the Motion for Relief From the Automatic Stay (ECF No. 24) filed on negative notice by Movant, response filed by Trustee (ECF No. 25) regarding real property located at 8322 San Carlos Blvd, Fort Myers, Florida 33912, and the court considering the agreement of the parties and being fully advised in the premise, accordingly, it is **ORDERED:**

1

1. Movant's Motion (ECF No. 25) is granted effective one hundred and twenty days (120) from the date this Order is entered; and

2. The automatic stay imposed by 11 U.S.C. §362 is modified effective one hundred and twenty days (120) from the date this Order is entered to permit Movant, its successors and assigns, to proceed to prosecute a foreclosure action through issuance of a Certificate of Title concerning the real property located at 8322 San Carlos Blvd, Fort Myers, Florida 33912, to allow the Creditor to commence or continue its federal and or its state court remedies as to the real property; and

3. The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

4. This Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

5. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property and Movant shall not seek an *in personam* judgment against Debtor(s).

6. This Order is entered without prejudice as to the Trustee to file a Motion seeking additional time to sell the Property.

Leslie Rushing, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.